FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 AUG 22 AM 9: 53
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TONYA L. MCMILLER EVANS, | ) |
| Plaintiff, | ) |
| v. | ) CV 318-027 |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Commissioner.

SO ORDERED this 22nd day of August, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE