# United States District Court
## Southern District of Georgia

TONYA L. MCMILLER EVANS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-027

ANDREW SAUL, Commission of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 22, 2019 adopting the Magistrate Judge's Report and Recommendation as this Court's opinion, that the Commissioner's final decision is hereby affirmed and judgment is hereby entered in favor of the Commissioner. This case stands closed.



08/22/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*